**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KIM FULLER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| v. | § | 3:15-CV-01764-P |
| | § | |
| PRIMERICA LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## 30-DAY ORDER OF DISMISSAL

The Parties have advised the Court they have reached a settlement.

Therefore, the Court dismisses all claims by all Parties without prejudice for thirty (30) days, subject to the Parties' right to reopen the case during that time if a settlement agreement is not reached. Any party may ask for an extension of the thirty-day deadline to allow more time to execute the Parties' settlement agreement. If the Parties cannot finalize a settlement, any party may reopen this action during this time. If the case is reopened, it shall be reopened as though it had never been closed. Unless the case is reopened within the 30-day time period, or the 30-day period is extended, the case will be considered DISMISSED WITH PREJUDICE.

SO ORDERED, this 31st day of March, 2016.

*Jorge A. Solis*
_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE